UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| In re:   DAMIR ARA,<br><br>*Debtor* | Chapter 13<br><br>Case No. 13 B 41509<br><br>Hon. Pamela S. Hollis |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

EHRENBERG & EGAN, LLC, Respondent                                                                                             .

Date:   September 2, 2015                                        */s/ Nabil G. Foster*
                                                                               *Attorney's signature*

                                                              Nabil G. Foster – Bar No. 6273877
                                                                          *Printed name and bar number*

                                                                       Hinshaw & Culbertson LLP
                                                                  222 North LaSalle Street, Suite 300
                                                                          Chicago, Illinois 60601
                                                                                    *Address*

                                                                        nfoster@hinshawlaw.com
                                                                                 *E-mail address*

                                                                              (312) 704-3000
                                                                             *Telephone number*

                                                                              (312) 704-3001
                                                                                *FAX number*

131155263v1 2337

## **CERTIFICATE OF SERVICE**

I hereby certify that on **September 2, 2015,** I electronically filed the forgoing **APPEARANCE OF COUNSEL** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

Date:  September 2, 2015 

*/s/ Nabil G. Foster*
*Attorney's signature*

Nabil G. Foster – Bar No. 6273877
*Printed name and bar number*