# EXHIBIT A

Case 13-41509    Doc 41    Filed 09/02/15    Entered 09/02/15 16:43:13    Desc Main
Document    Page 1 of 2

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br>Damir Ara<br><br>Debtor(s) ) | )<br>)<br>)<br>)<br>)<br>)<br>) |

BK No.: 13-41509

Chapter: **13**

Honorable Pamela S. Hollis

### Order for Relief from the Automatic Stay and Co-Debtor Stay

This matter coming for hearing on the motion for relief from the automatic stay and co-debtor stay of BMO Harris Bank, N.A. f/k/a Harris N.A., notice having been given to all parties entitled hereto, the Court having the power and authority over the parties and the subject matter, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED: 1) The automatic stay and co-debtor stay with regard to Ranka Ara is hereby modified in favor of BMO Harris Bank, N.A. with regard to property known as: 6860 N. Lincoln Avenue, Lincolnwood, IL 60712 , and as such, BMO Harris Bank, N.A. f/k/a Harris N.A. is permitted to take any action to foreclose on the property as allowed or required by Illinois law. Rule 4001(a)(3) is waived.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: November 13, 2013

**Prepared by:**

Adham Alaily
Ehrenberg & Egan, LLC
321 N. Clark St., Suite 1430
Chicago, IL 60654
(312) 253-8640